IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZO SKIN HEALTH, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID OSTAD, an individual, and JOHN DOE, an individual,<br><br>Defendants. | CASE NO. 8:20-cv-85<br><br>**ORDER** |

This matter comes before the Court on Defendant David Ostad's Amended Motion to Vacate Judgment. Filing No. 26. The Court has carefully considered the matter and finds that the Amended Motion to Vacate Judgment should be denied.[1] The Court hereby denies the Amended Motion to Vacate Judgment. The original orders granting ZO Skin Health, Inc.'s Motion for Default Judgment and Request for Evidentiary Hearing against David Ostad and in favor of ZO Skin Health, Inc. remain in full force and effect. Filing Nos. 18, 19 and 20.

Dated this 13th day of February, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[1] Defendant's Motion to Vacate, Filing No. 22, is denied as moot.